USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

UNITED STATES OF AMERICA

-against-

Musa Gashi

---------------------------------------x

**ORDER**

26-cr-113-3 (MKV)
Docket #

Mary Kay Vyskocil, **DISTRICT JUDGE:**
Judge's Name

The C.J.A. attorney assigned to this case James Neuman (Attorney's Name) is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to Jacqueline Cistaro (Attorney's Name), NUNC-PRO-TUNC 10/30/2026.

**SO ORDERED.**

Mary Kay Vyskocil
**UNITED STATES DISTRICT JUDGE**

**Dated:** **November 10th, 2026**
**New York, NY**